Averi RUSSEL, Petitioner

v.

MONROEVILLE MALL–PA,
Monroeville Mall Partners,
L.P., Respondent

No. 172 WAL 2017

Supreme Court of Pennsylvania.

September, 2017

### ORDER

PER CURIAM

AND NOW, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Cody RUBINOSKY, Petitioner

No. 103 WAL 2017

Supreme Court of Pennsylvania.

August 7, 2017

### ORDER

PER CURIAM

AND NOW, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Timothy L. COTTLE, Petitioner

No. 116 EAL 2017

Supreme Court of Pennsylvania.

August 7, 2017

### ORDER

PER CURIAM

AND NOW, this 7th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.